UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
CAROL D. FABER, individually and on behalf of
all others similarly situated,

                        Plaintiff,

    -against-                                     Civ. Act. No. 08-cv-10588 (HB)

METROPOLITAN LIFE INSURANCE                NOTICE OF MOTION
COMPANY,

                        Defendant.
-----------------------------------------------------------------x

**PLEASE TAKE NOTICE** that Plaintiff Carol D. Faber hereby respectfully moves pursuant to Rules 15, 20 and 21 of the Federal Rules of Civil Procedure for an order allowing her to amend the complaint and to add the Estate of Russell Young as a party plaintiff in this case. As set forth more fully in the memorandum of law filed in support of this motion, the motion for leave to amend should be granted because Fed. R. Civ. P. 15(a) authorizes parties to amend their pleadings once as a matter of right where, as here, no responsive pleading has been filed, and the motion to add should be granted because the party seeking to be added meets the requirements for permissive joinder under Fed. R. Civ. P. 20(a), the addition is timely and therefore will not prejudice Defendant, and the addition will promote judicial economy and provide additional representation to the class for whom this action is brought.

Dated: March 26, 2009

Respectfully submitted,

/s/ Leroy W. Brigham
Leroy W. Brigham (admitted *pro hac vice*)
John C. Bell, Jr. (admitted *pro hac vice*)
Bell & Brigham
P.O. Box 1547
Augusta, Georgia 30903-1547
(706) 722-2014
(706) 722-7552 (fax)

M. Scott Barrett (Member of SDNY Bar)
Barrett & Associates
520 North Walnut St.
P.O. Box 5233
Bloomington, Indiana 47407-5233
(812) 334-2600
(812) 337-8850 (fax)

Jeffrey G. Casurella (admitted *pro hac vice*)
Law Office of Jeffrey G. Casurella
400 Interstate N. Pkwy. Suite 310
Atlanta, Georgia 30339
(770) 858-1660
(770) 858-1665 (fax)

Helen Cleveland (admitted *pro hac vice*)
Roberts, Erck & Cleveland
945 East Paces Ferry Road
Suite 2220 Resurgens Plaza
Atlanta, Georgia 30326-1125
(404) 760-2792
(404) 233-2404 (fax)

Conrad F. Cropsey (admitted *pro hac vice*)
Cropsey & Cropsey
Briggs Building
109 North Main Street
P.O. Box 386
Albion, New York 14411
(585) 589-9400
(585) 589-4735 (fax)

Leland L. Greene
Law Office of Leland L. Greene
600 Old Country Road, Suite 229
Garden City, New York 11530
(516) 746-3800
(516) 222-6577 (fax)

Irwin Popkin
Law Office of Irwin Popkin
1138 William Floyd Parkway
Shirley, New York 11967
(631) 281-0030
(631) 281-0174 (fax)

Stuart T. Rossman (admitted *pro hac vice*)
Charles M. Delbaum (admitted *pro hac vice*)
National Consumer Law Center, Inc.
7 Winthrop Square
Boston, Massachusetts 02110-1245
(617) 542-8010
(617) 542-8028 (fax)

COUNSEL FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF MOTION** was served via ECF on this the 26th day of March, 2009, upon the following:

Michael H. Bernstein
John T. Seybert
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004


/s/ Leroy W. Brigham
Leroy W. Brigham
COUNSEL FOR PLAINTIFFS