IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

CAROL D. FABER and
the ESTATE of RUSSELL E. YOUNG,
by and through its duly-appointed
ADMINISTRATOR, TONIA M. RAY,
individually and on behalf of all
others similarly situated,

        Plaintiffs,

vs.                            CIV. NO. 08 CIV 10588 (HB)

METROPOLITAN LIFE INSURANCE
COMPANY,

        Defendant

------------------------------------------------x

### NOTICE OF APPEAL

NOTICE is hereby given that Plaintiffs Carol D. Faber and the Estate of Russell E. Young, individually and on behalf of all others similarly situated ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered on October 28, 2009 (copy attached as Exhibit 1), entering judgment in favor of Defendant Metropolitan Life Insurance Company ("Defendant") for the reasons set forth in the Opinion and Order dated October 23, 2009 (copy attached as Exhibit 2), granting Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint.

Dated: November 23, 2009.

                                            Lee W. Brigham (admitted *pro hac vice*)
                                            John C. Bell, Jr. (admitted *pro hac vice*)

Bell & Brigham
P.O. Box 1547
Augusta, Georgia 30903-1547
(706) 722-2014
(706) 722-7552 (fax)

M. Scott Barrett (Member of SDNY Bar)
Barrett & Associates
520 North Walnut St.
P.O. Box 5233
Bloomington, Indiana 47407-5233
(812) 334-2600
(812) 337-8850 (fax)

Jeffrey G. Casurella (admitted *pro hac vice*)
Law Office of Jeffrey G. Casurella
400 Interstate N. Pkwy. Suite 310
Atlanta, Georgia 30339
(770) 858-1660
(770) 858-1665 (fax)

Helen Cleveland (admitted *pro hac vice*)
Roberts, Erck & Cleveland
945 East Paces Ferry Road
Suite 2220 Resurgens Plaza
Atlanta, Georgia 30326-1125
(404) 760-2792
(404) 233-2404 (fax)

Conrad F. Cropsey (admitted *pro hac vice*)
Cropsey & Cropsey
Briggs Building
109 North Main Street
P.O. Box 386
Albion, New York 14411
(585) 589-9400
(585) 589-4735 (fax)

Leland L. Greene
Law Office of Leland L. Greene
600 Old Country Road, Suite 229
Garden City, New York 11530
(516) 746-3800
(516) 222-6577 (fax)

Irwin Popkin
Law Office of Irwin Popkin
445 Broad Hollow Road, Suite 25
Melville, NY 11747
(631) 281-0030
Fax: (631) 281-0174

Stuart T. Rossman (admitted *pro hac vice*)
Charles M. Delbaum (admitted *pro hac vice*)
National Consumer Law Center, Inc.
7 Winthrop Square
Boston, Massachusetts 02110-1245
(617) 542-8010
(617) 542-8028 (fax)

COUNSEL FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify I served a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF APPEAL** upon opposing counsel on this the 23rd day of November, 2009, via overnight delivery addressed as follows:

Michael H. Bernstein
John T. Seybert
SEDGWICK, DETERT, MORAN & ARNOLD LLP
125 Broad Street, 39th Floor
New York, New York 10004
Michael.Bernstein@sdma.com
John.Seybert@sdma.com

Lee W. Brigham
COUNSEL FOR PLAINTIFFS